UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LASSANA MAGASSA,<br><br>                                  Plaintiff,<br><br>                        v.<br><br>CHAD WOLF, *in his Official Capacity as Acting Secretary of the Department of Homeland Security, et al.*,<br><br>                                  Defendants. | CASE NO.  2:19-cv-02036-RSM<br><br>STIPULATED MOTION TO EXTEND ANSWER DEADLINE AND ORDER |

COMES NOW Defendants Chad Wolf, David Pekoske, Mark Morgan, William Barr, Christopher Wray, and Charles Kable, all in their official capacities (the "Official Capacity Defendants"), through their counsel Antonia Konkoly, Trial Attorney, U.S. Department of Justice, and Plaintiff Lassana Magassa, by and through his counsel, in this stipulated motion to extend by one week, from March 6, 2020, to March 13, 2020, the deadline by which the Official Capacity Defendants must answer or otherwise respond to Plaintiff's Complaint. In addition, the Official Capacity Defendants and Plaintiff jointly request that each be granted leave to file memoranda—respectively, in support of and in opposition to the Official Capacity Defendants' anticipated motion to dismiss—not to exceed 30 pages, in excess of the limitations set by LCR 7(e)(3).

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE
AND ORDER - 1
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The grounds for this motion are as follows:

1.  Plaintiff initiated the instant action on December 12, 2019. Dkt. No. 1. Plaintiff's claims generally relate to (1) the prior revocation of his Security Information Display Area ("SIDA") badge, which he required to hold a job in a secure area of the Seattle-Tacoma Airport; (2) the procedural sufficiency of the administrative redress procedures he was afforded (prior to the later re-issuance to him of a new SIDA badge) to appeal this revocation; and (3) his allegations that he has encountered certain travel-related difficulties as a result of an alleged placement on the Terrorist Screening Database ("TSDB"). *See generally id.*

2.  Plaintiff served the U.S. Attorney's Office for the Western District of Washington via hand delivery on January 6, 2020. Accordingly, the current deadline by which the Official Capacity Defendants must answer or otherwise respond to Plaintiff's Complaint is March 6, 2020. The Official Capacity Defendants plan to file a motion to dismiss under Rule 12(b)(1) and/or Rule 12(b)(6) ("Official Capacity Defendants' motion").

3.  The Official Capacity Defendants' anticipated motion to dismiss is in progress; however, due to short-term conflicts and competing professional obligations on the part of relevant U.S. Department of Justice personnel, including but not limited to the undersigned counsel, the Official Capacity Defendants request a brief, one-week extension of their response deadline, through and including March 13, 2020, in order to ensure adequate time for the preparation and internal review of their motion, while

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE
AND ORDER - 2
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

concurrently meeting other pending litigation deadlines as well as other professional obligations.

4.   The parties have conferred, and Plaintiff consents to the requested one-week extension, provided that the Official Capacity Defendants notice their anticipated motion to dismiss for consideration on April 17, 2020, in order to accommodate numerous scheduling conflicts on the part of Plaintiff's counsel extending from mid-March through the beginning April. The Official Capacity Defendants agree that if the requested one-week extension is granted, they will notice their anticipated motion to dismiss for consideration on April 17, 2020, which pursuant to LCR 7(d)(3) will require Plaintiff to file an opposition on or before April 13, 2020.

5.   Additionally, the parties jointly request that each be afforded leave to file memoranda—respectively, in support of, and in opposition to the Official Capacity Defendants' anticipated motion to dismiss—not to exceed 30 pages. The parties respectfully submit that this request is both supported by good cause and in the interest of judicial economy. Plaintiff's allegations purport to implicate the maintenance and implementation of the TSDB, a complex inter-agency undertaking. They further implicate the Transportation Security Administration's ("TSA") procedures for conducting Security Threat Assessments of persons seeking to hold credentialed access to secure areas of airports, and for allowing persons whose credentials have been revoked the ability to appeal such revocations. The details of these administrative schemes are crucial to both Plaintiff's claims, and the Official Capacity Defendants' defenses, and

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE
AND ORDER - 3
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

thus require careful and through elaboration and discussion. In addition, the Official

Capacity Defendant intend, in response to the varied nature of Plaintiff's alleged injuries,

and the numerous legal theories under which he seeks to vindicate them, to interpose

numerous distinct grounds for dismissal, pursuant to both Rule 12(b)(1) and 12(b)(6).

Accordingly, the parties respectfully assert that the additional requested pages are in the

interest of judicial economy, in that they will allow both sides adequate space in which to

develop and interpose in their respective pleadings all of their many relevant arguments

and/or defenses.

        A proposed order is attached hereto for the convenience of the Court.


        DATED this 2nd day of March, 2020.

**SO STIPULATED**

                                Respectfully submitted,

                                BRIAN T. MORAN
                                United States Attorney

                                JOSEPH H. HUNT
                                Assistant Attorney General

                                TONY COPPOLINO
                                Deputy Branch Director
                                BRIGMAN J. BOWEN
                                Assistant Branch Director


                                       /s/
                                Antonia Konkoly
                                Trial Attorney
                                U.S. Department of Justice
                                Civil Division, Federal Programs Branch

STIPULATED MOTION TO EXTEND                       U.S Department of Justice
ANSWER DEADLINE                                   1100 L Street NW
AND ORDER - 4                                        Washington, DC 20005
2:19-cv-02036-RSM                                   (202) 514-2395

1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Official Capacity
Defendants*

*/s/ Charles D. Swift*
*/s/ Christina A. Jump*
Charles D. Swift
Counsel for Plaintiff
WA State Bar No. 41671
Christina A. Jump
Pro Hac Vice Counsel for Plaintiff
TX State Bar No. 00795828
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507
Fax: (972) 692-7454
cswift@clcma.org
cjump@clcma.org

*/s/ Alisa R. Brodkowitz*
Alisa R. Brodkowitz
Local Counsel for Plaintiff
WA State Bar No. 31749
Friedman | Rubin PLLP
1109 1st Ave., Ste. 501
Seattle, WA 98101
Tel: (206) 501-4446
Fax: (206) 623-0794
alisa@friedmanrubin.com

*Counsel for the Plaintiff*

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE
AND ORDER - 5
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

**ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that the deadline by which the Official Capacity Defendants must answer or otherwise respond to Plaintiff's Complaint is extended by one week, through and including March 13, 2020. The Official Capacity Defendants, who intend to file a motion to dismiss Plaintiff's Complaint, shall notice their anticipated motion to dismiss for consideration on April 17, 2020; pursuant to LCR 7(d)(3), Plaintiff will accordingly file an opposition to this motion on or before April 13, 2020.

It also hereby further **ORDERED** that the Official Capacity Defendants, and the Plaintiff, may each file a memorandum, respectively, in support of and in opposition to the Official Capacity Defendants' anticipated motion to dismiss, not to exceed 30 pages.

Dated this 4 day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE
AND ORDER - 6
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395