UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LASSANA MAGASSA,

            Plaintiff,

v.

CHAD WOLF, *in his Official Capacity as Acting Secretary of the Department of Homeland Security, et al.*,

            Defendants.

CASE NO. 2:19-cv-02036-RSM

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES AND ORDER

COMES NOW Defendants Chad Wolf, David Pekoske, Mark Morgan, William Barr, Christopher Wray, and Charles Kable, all in their official capacities (the "Official Capacity Defendants"), through their counsel Antonia Konkoly, Trial Attorney, U.S. Department of Justice; Defendant Agent Minh Truong in his individual capacity, by and through his counsel Kristen Vogel and Sarah Morehead, Assistant U.S. Attorneys, United States Attorney's Office for the Western District of Washington; and Plaintiff Lassana Magassa, by and through his counsel, in this stipulated motion to extend the initial scheduling dates in this matter as follows:

    Deadline for FRCP 26(f) Conference:                   4/30/2020

    Initial Disclosures Pursuant to FRCP 26(a)(1):        5/7/2020

    Combined Joint Status Report and Discovery
    Plan as Required by FRCP 26(f) and Local

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 1
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

| | | |
|---|---|---|
| 1 | Civil Rule 26(f): | 5/14/2020 |

This extension is warranted to afford the Defendants an opportunity to first respond to Plaintiff's Complaint. The Official Capacity Defendants and Agent Truong have each filed a motion to dismiss, briefing as to both of which is currently in progress and should be permitted to conclude before the parties proceed to resource-intensive discovery. Further, disruptions engendered by the current Coronavirus pandemic to the work of counsel for all parties further supports a postponement of the commencement of discovery, at this point in time.

DATED this 18th day of March, 2020.

**SO STIPULATED**

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ Sarah K. Morehead
Sarah K. Morehead, WSBA No. 29680

s/ Kristen Vogel
Kristen Vogel, NYBA No. 5195664
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov
Email: sarah.morehead@usdoj.gov
Attorneys for Defendant Minh Truong

JOSEPH H. HUNT
Assistant Attorney General
TONY COPPOLINO
Deputy Branch Director
BRIGMAN J. BOWEN
Assistant Branch Director

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 2
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

| | |
|---|---|
| 1 | |
| 2 | /s/ Antonia Konkoly |
| 3 | Antonia Konkoly<br>Trial Attorney |
| 4 | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 5 | 1100 L St. NW, Room 11110 |
| 6 | Washington, DC 20005<br>(202) 514-2395 (direct) |
| 7 | (202) 616-8470 |
| 8 | antonia.konkoly@usdoj.gov |
| 9 | *Counsel for the Official Capacity* |
| 10 | *Defendants* |
| 11 | ***/s/ Charles D. Swift*** |
| 12 | ***/s/ Christina A. Jump*** |
| 13 | Charles D. Swift<br>Counsel for Plaintiff |
| 14 | WA State Bar No. 41671 |
| 15 | Christina A. Jump<br>Pro Hac Vice Counsel for Plaintiff |
| 16 | TX State Bar No. 00795828 |
| 17 | 833 E. Arapaho Rd., Suite 102<br>Richardson, TX 75081 |
| 18 | Tel: (972) 914-2507<br>Fax: (972) 692-7454 |
| 19 | cswift@clcma.org |
| 20 | cjump@clcma.org |
| 21 | ***/s/ Alisa R. Brodkowitz*** |
| 22 | Alisa R. Brodkowitz<br>Local Counsel for Plaintiff |
| 23 | WA State Bar No. 31749 |
| 24 | Friedman \| Rubin PLLP<br>1109 1st Ave., Ste. 501 |
| 25 | Seattle, WA 98101 |
| 26 | Tel: (206) 501-4446<br>Fax: (206) 623-0794 |
| 27 | alisa@friedmanrubin.com |
| 28 | *Counsel for the Plaintiff* |

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 3
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

# ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that the initial scheduling dates in this matter shall be revised as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/30/2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 5/7/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 5/14/2020 |

Dated this 18 day or March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 4
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395