IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LASSANA MAGASSA,<br><br>  Plaintiff,<br><br>v.<br><br>CHAD WOLF, in his Official Capacity as Acting Secretary of the Department of Homeland Security, et al.,<br><br>  Defendants. | CASE NO: 2:19-cv-02036-RSM<br><br>ORDER RE STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINE FOR HIS RESPONSE IN OPPOSITION TO THE OFFICIAL CAPACITY DEFENDANTS' MOTION TO DISMISS AND ORDER<br><br>**April 13, 2020** |

## ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that the deadline by which Plaintiff must respond to the Official Capacity Defendants' Motion to Dismiss is extended by one week to April 20, 2020.

Dated this 13th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE