UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LASSANA MAGASSA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD WOLF, *in his Official Capacity as Acting Secretary of the Department of Homeland Security, et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C19-02036-RSM<br><br>ORDER GRANTING IN PART OFFICIAL CAPACITY DEFENDANTS' MOTION TO EXTEND DEADLINE AND PAGE LIMIT FOR REPLY BRIEF |

　　　This matter comes before the Court on Defendants Chad Wolf, David Pekoske, Mark Morgan, William Barr, Christopher Wray, and Charles Kable, all in their official capacities (the "Official Capacity Defendants")'s stipulated motion to allow the Official Capacity Defendants to file a reply brief in support of their pending motion to dismiss, not to exceed 18 pages, on or before May 8, 2020. Dkt. #27

　　　This Court previously granted Official Capacity Defendants' stipulated motion to allow both parties to exceed the page limitations set forth under LCR 7(e)(3) by six pages each. Accordingly, parties were granted thirty (30) pages each for their memoranda in support of and in opposition to Official Capacity Defendants' motion to dismiss. Dkt. #16.

ORDER GRANTING IN PART DEFENDANTS' MOTION TO EXTEND DEADLINE AND PAGE LIMIT FOR REPLY BRIEF - 1

LCR 7(f) provides that if the court grants leave to file an over-length motion, the reply brief shall not exceed one-half the total length of the brief filed in opposition. Local Rules W.D. Wash. LCR 7(f)(4). For that reason, Official Capacity Defendants' reply brief is limited to fifteen (15) pages.

Accordingly, having found good cause to extend the Official Capacity Defendants' deadline to file a reply brief, it is hereby ORDERED that Defendants' motion, Dkt. #27, is GRANTED IN PART. Official Capacity Defendants shall file a reply brief in support of their pending Motion to Dismiss on or before May 8, 2020, **not to exceed fifteen (15) pages**. Any pages that exceed this limit will not be considered.

Dated this 20th day of April, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE