The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LASSANA MAGASSA,

    Plaintiff,

v.

CHAD F. WOLF, *in his Official Capacity as Acting Secretary of the Department of Homeland Security, et al*.,

    Defendants.

CASE NO. 2:19-cv-02036-RSM

STIPULATED MOTION TO STAY DEFENDANTS' FRCP 12(a)(4)(A) DEADLINE AND TO SET A SCHEDULE FOR FURTHER PROCEEDINGS AND ORDER

**Noted for Consideration:**
**September 23, 2020**

COMES NOW Defendants Chad F. Wolf, David Pekoske, Mark Morgan, William Barr, Christopher Wray, and Charles Kable, all in their official capacities ("Defendants"), through their counsel Antonia Konkoly, Trial Attorney, U.S. Department of Justice, and Plaintiff Lassana Magassa, through his counsel Christina Jump, in this stipulated motion to stay Defendants' pending deadline under Federal Rule of Civil Procedure 12(a)(4)(A) to answer Plaintiff's Complaint by September 30, 2020, and to set a schedule for further proceedings in this matter.

The grounds for this motion are as follows:

1.    Plaintiff initiated the instant action on December 12, 2019. Dkt. No. 1. As pled in his original (and operative) Complaint, Plaintiff's claims generally relate to (1) the prior

STIPULATED MOTION TO STAY DEFENDANTS'
FRCP 12(a)(4)(A)DEADLINE AND TO SET A SCHEDULE
FOR FURTHER PROCEEDINGS - 1
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

revocation of an airport badge which he required to hold a job in a secure area of the Seattle-Tacoma Airport; (2) the procedural sufficiency of the administrative redress procedures he was afforded (before the re-issuance of his airport badge) to appeal this revocation; and (3) his allegations that he has encountered certain travel-related difficulties as a result of an alleged placement on the Terrorist Screening Database ("TSDB"). *See generally id.*

2. Defendants moved to dismiss Plaintiff's claims in their entirety ("Defendants' Motion"). Following the completion of briefing, on September 16, 2020, the Court granted in part and denied in part Defendants' Motion, and ordered Plaintiff to file an Amended Complaint "curing the … deficiencies" identified in the Court's decision within 30 days, *i.e.*, by October 16, 2020. Dkt. No. 36.

3. By default operation of Federal Rule of Civil Procedure 12(a)(4)(A), Defendants are presently required to file an Answer to Plaintiff's Complaint on or before September 30, 2020.

4. Plaintiff intends to avail himself of the opportunity afforded by the Court to amend his claims, and Defendants anticipate that they will respond to Plaintiff's Amended Complaint by filing a renewed motion to dismiss.

5. The parties have conferred, and concur that in these circumstances, it would not further the litigation for Defendants to file an Answer to Plaintiff's original, and soon to be superseded, Complaint. The parties have additionally conferred regarding a mutually agreeable schedule for further proceedings, which accounts for the other professional obligations of all counsel. To that end, and to facilitate the efficient progress of this litigation, the parties jointly stipulate to the below-proposed schedule:

STIPULATED MOTION TO STAY DEFENDANTS'  
FRCP 12(a)(4)(A)DEADLINE AND TO SET A SCHEDULE  
FOR FURTHER PROCEEDINGS - 2  
2:19-cv-02036-RSM

U.S Department of Justice  
1100 L Street NW  
Washington, DC 20005  
(202) 514-2395

- Plaintiff will file an Amended Complaint on or before October 16, 2020;

- Defendants will file their anticipated renewed Motion to Dismiss on or before November 16, 2020;

- Plaintiff will oppose Defendants' anticipated renewed Motion to Dismiss on or before December 7, 2020; and

- Defendants will file their Reply in further support of their anticipated renewed Motion to Dismiss on or before December 21, 2020.

6. The parties respectfully submit that the stipulated relief and above-proposed schedule for further proceedings are supported by good cause and in the interest of judicial economy, in that the parties' proposal will facilitate the efficient progress of this litigation.

DATED this 23rd day of September, 2020.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

TONY COPPOLINO
Deputy Branch Director

BRIGHAM J. BOWEN
Assistant Branch Director

　　/s/ Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

STIPULATED MOTION TO STAY DEFENDANTS'
FRCP 12(a)(4)(A)DEADLINE AND TO SET A SCHEDULE
FOR FURTHER PROCEEDINGS - 3
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

*Counsel for the Official Capacity Defendants*

**/s/ Charles D. Swift**
**/s/ Christina A. Jump**
Charles D. Swift
Counsel for Plaintiff
WA State Bar No. 41671
Christina A. Jump
Pro Hac Vice Counsel for Plaintiff
TX State Bar No. 00795828
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507
Fax: (972) 692-7454
cswift@clcma.org
cjump@clcma.org

**/s/ Alisa R. Brodkowitz**
Alisa R. Brodkowitz
Local Counsel for Plaintiff
WA State Bar No. 31749
Friedman | Rubin PLLP
1109 1st Ave., Ste. 501
Seattle, WA 98101
Tel: (206) 501-4446
Fax: (206) 623-0794
alisa@friedmanrubin.com

*Counsel for the Plaintiff*

STIPULATED MOTION TO STAY DEFENDANTS'
FRCP 12(a)(4)(A)DEADLINE AND TO SET A SCHEDULE
FOR FURTHER PROCEEDINGS - 4
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

**ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that:

- Defendants' pending deadline under Federal Rule of Civil Procedure 12(a)(4)(A) to answer to Plaintiff's Complaint is stayed;

- Plaintiff shall file an Amended Complaint on or before October 16, 2020;

- Defendants shall file their anticipated renewed Motion to Dismiss on or before November 16, 2020;

- Plaintiff shall file his Opposition to Defendants' anticipated renewed Motion to Dismiss on or before December 7, 2020; and

- Defendants shall file their Reply in further support of their anticipated renewed Motion to Dismiss on or before December 21, 2020.

Dated this 24th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STAY DEFENDANTS'
FRCP 12(a)(4)(A)DEADLINE AND TO SET A SCHEDULE
FOR FURTHER PROCEEDINGS - 5
2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395