The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LASSANA MAGASSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD WOLF, in his Official Capacity as Acting Secretary of the Department of Homeland Security, et al.,<br><br>　　　　　Defendants. | CASE NO: 2:19-cv-02036-RSM<br><br>STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINE FOR HIS RESPONSE IN OPPOSITION TO THE OFFICIAL CAPACITY DEFENDANTS' MOTION TO DISMISS AND ORDER |

Plaintiff Lassana Magassa, by and through undersigned counsel, and Defendants Chad Wolf, David Pekoske, Mark Morgan, William Barr, Christopher Wray, and Charles Kable, all in their official capacities (the "Official Capacity Defendants"), through their counsel, in this stipulated motion to extend their upcoming deadlines. The deadline by which Plaintiff must submit his Response in Opposition to the Official Capacity Defendants' Motion to Dismiss and File Defendant's Opposition. The grounds for this motion are:

1. The updated deadline for Plaintiff's Opposition will be December 29, 2020.

2. The updated deadline for Defendants' Reply will be January 11, 2021.

3. This request is brought in good faith and not for the purposes of gaining unfair advantage or delay.

4. Counsel for Plaintiff will be attending her father's memorial service with military honors out of state, which is scheduled for the week of November 23, 2020.

5. Both counsel have multiple conflicting court deadlines throughout the currently scheduled briefing time, as well as difficulties related to the intervening holidays and respective pandemic protocols for their offices.

6. A proposed order is attached hereto for the convenience of the Court.

DATED this 23 day of November, 2020.

**SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| */s/ Christina A. Jump* | BRIAN T. MORAN |
| */s/ Charles D. Swift* | United States Attorney |
| Christina A. Jump | |
| *Pro Hac Vice* Counsel for Plaintiff | JOSEPH H. HUNT |
| TX State Bar No. 00795828 | Assistant Attorney General |
| Charles D. Swift | |
| Counsel for Plaintiff | TONY COPPOLINO |
| WA State Bar No. 41671 | Deputy Branch Director |
| 833 E. Arapaho Rd., Suite 102 | |
| Richardson, TX 75081 | BRIGHAM J. BOWEN |
| Tel: (972) 914-2507 | Assistant Branch Director |
| Fax: (972) 692-7454 | |
| cjump@clcma.org | */s/ Antonia Konkoly* |
| cswift@clcma.org | Antonia Konkoly |
| | Trial Attorney |
| */s/ Alisa R. Brodkowitz* | U.S. Department of Justice |
| Alisa. R. Brodkowitz | Civil Division, Federal Programs Branch |
| Local Counsel for Plaintiff | 110 L St. NW, Room 11110 |
| WA State Bar No. 31749 | Washington, DC 20005 |
| Friedman Rubin PLLP | (202) 514-2395 (direct) |
| 1109 1st Ave., Ste 501 | (202) 616-8470 |
| Seattle, WA 98101 | antonia.konkoly@usdoj.gov |
| Tel: (206) 501-4446 | |
| Fax: (206) 623-0794 | |
| alisa@friendmanrubin.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for the Official Capacity Defendants* |

**ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that the deadline by which Plaintiff must respond to the Official Capacity Defendants' Motion to Dismiss is extended by three weeks to December 29th, 2020.

Dated this  25th  day of  November , 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
PLAINTIFF'S MOTION TO DISMISS

Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Ste. 102, Richardson, TX
Telephone: (972) 914-2507