The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LASSANA MAGASSA,

                          Plaintiff,

        v.

CHAD F. WOLF, *in his Official Capacity as
Acting Secretary of the Department of
Homeland Security, et al*.,

                      Defendants.

CASE NO.  2:19-cv-02036-RSM

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE BY
WHICH TO FILE A REPLY IN
SUPPORT OF THEIR RENEWED
MOTION TO DISMISS

**Noted for Consideration:
December 28, 2020**

      COMES NOW Defendants Chad F. Wolf, David Pekoske, Mark Morgan, William Barr,

Christopher Wray, and Charles Kable, all in their official capacities ("Defendants"), through

their counsel Antonia Konkoly, Trial Attorney, U.S. Department of Justice, and Plaintiff Lassana

Magassa, through his counsel Christina Jump, in this stipulated motion to extend Defendants'

deadline to file a Reply memorandum in further support of their renewed Motion to Dismiss,

Dkt. No. 40, through and including January 11, 2021.

      The grounds for this motion are as follows:

      1.      On September 24, 2020, following the Court's order granting in part and denying

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

in part Defendants' first Motion to Dismiss, *see* Dkt. No. 36, the Court entered an order setting a schedule for further proceedings in this matter. Dkt. No. 38. Pursuant to this schedule, Plaintiff filed an Amended Complaint on October 16, 2020, Dkt. No. 39, and Defendants filed a renewed Motion to Dismiss on November 16, 2020, Dkt. No. 40.

2.      Per the Court's September 24, 2020 scheduling order, Plaintiff's Opposition to Defendants' renewed motion was originally due on December 7, 2020; however, on November 24, 2020 Plaintiff requested, and on November 25, 2020 the Court granted, an extension of this deadline to December 29, 2020. Dkt. Nos. 41, 42. Plaintiff will, thus, file his Opposition by tomorrow.

3.      Defendants joined Plaintiff's extension motion on the condition that their Reply deadline be concomitantly extended to January 11, 2021. However, while the extension motion noted this agreement, Dkt. No. 41 ¶ 2, the corresponding proposed order—which the Court subsequently entered—did not include this relief.

4.      Accordingly, the parties now move the Court to extend Defendants' deadline to file their Reply memorandum in further support of their renewed Motion to Dismiss, through and including January 11, 2021.

5.      The parties respectfully submit that the stipulated relief is supported by good cause and in the interest of judicial economy, in that it will not prolong the resolution of this matter, but will afford Defendants adequate time in which to prepare a fulsome Reply. Additionally, as explained above, although this date was inadvertently omitted from the proposed order attached to the parties' last stipulated motion, the extension is necessitated by the extension of Plaintiff's Opposition deadline, and was included as part of the parties' negotiated agreement

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

1    for a reasonable schedule for the briefing of Defendants' renewed motion.

2

3
     DATED this 28th day of December, 2020.
4

5                                            Respectfully submitted,

6
                                             JEFFREY BOSSERT CLARK
7                                            Acting Assistant Attorney General

8                                            TONY COPPOLINO
9                                            Deputy Branch Director

10                                           BRIGHAM J. BOWEN
11                                           Assistant Branch Director

12                                           _____/s/ Antonia Konkoly_____
13                                           Antonia Konkoly
                                             Trial Attorney
14                                           U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
15                                           1100 L St. NW, Room 11110
16                                           Washington, DC 20005
                                             (202) 514-2395 (direct)
17                                           (202) 616-8470
18                                           antonia.konkoly@usdoj.gov

19                                           *Counsel for the Official Capacity
20                                           Defendants*

21                                           ***/s/ Charles D. Swift***
22                                           ***/s/ Christina A. Jump***
                                             Charles D. Swift
23                                           Counsel for Plaintiff
24                                           WA State Bar No. 41671
                                             Christina A. Jump
25                                           Pro Hac Vice Counsel for Plaintiff
26                                           TX State Bar No. 00795828
                                             833 E. Arapaho Rd., Suite 102
27                                           Richardson, TX 75081
                                             Tel: (972) 914-2507
28                                           Fax: (972) 692-7454

STIPULATED MOTION TO EXTEND                              U.S Department of Justice
DEFENDANTS' REPLY DEADLINE - 4                           1100 L Street NW
                                                         Washington, DC 20005
2:19-cv-02036-RSM                                        (202) 514-2395

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

cswift@clcma.org
cjump@clcma.org

*/s/ Alisa R. Brodkowitz*
Alisa R. Brodkowitz
Local Counsel for Plaintiff
WA State Bar No. 31749
Friedman | Rubin PLLP
1109 1st Ave., Ste. 501
Seattle, WA 98101
Tel: (206) 501-4446
Fax: (206) 623-0794
alisa@friedmanrubin.com

*Counsel for the Plaintiff*

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

## ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that Defendants shall file their Reply memorandum in further support of their renewed Motion to Dismiss, Dkt. No. 40, on or before January 11, 2021.

Dated this 29th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395