The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LASSANA MAGASSA,

              Plaintiff,

      v.

CHAD F. WOLF, *in his Official Capacity as Acting Secretary of the Department of Homeland Security, et al.*,

             Defendants.

CASE NO.  2:19-cv-02036-RSM

STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE BY WHICH TO FILE A REPLY IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS

**Noted for Consideration:
January 7, 2021**

    COMES NOW Defendants Chad F. Wolf, David Pekoske, Mark Morgan, William Barr, Christopher Wray, and Charles Kable, all in their official capacities ("Defendants"), through their counsel Antonia Konkoly, Trial Attorney, U.S. Department of Justice, and Plaintiff Lassana Magassa, through his counsel Christina Jump, in this stipulated motion to extend by four days Defendants' deadline to file a Reply memorandum in further support of their renewed Motion to Dismiss, Dkt. No. 40, through and including January 15, 2021.

    The grounds for this motion are as follows:

    1.    On September 24, 2020, following the Court's order granting in part and denying

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

1. in part Defendants' first Motion to Dismiss, *see* Dkt. No. 36, the Court entered an order setting a schedule for further proceedings in this matter. Dkt. No. 38. Pursuant to this schedule, Plaintiff filed an Amended Complaint on October 16, 2020, Dkt. No. 39, and Defendants filed a renewed Motion to Dismiss on November 16, 2020, Dkt. No. 40.

2. Per the Court's September 24, 2020 scheduling order, Plaintiff's Opposition to Defendants' renewed motion was originally due on December 7, 2020; however, on November 24, 2020 Plaintiff requested, and on November 25, 2020 the Court granted, an extension of this deadline to December 29, 2020. Dkt. Nos. 41, 42.

3. Defendants joined Plaintiff's extension motion on the condition that their Reply deadline be concomitantly extended to January 11, 2021. However, while the extension motion noted this agreement, Dkt. No. 41 ¶ 2, the corresponding proposed order—which the Court subsequently entered—inadvertently omitted this relief.

4. Accordingly, on December 28, 2020 the parties moved to set Defendants' deadline to file their Reply memorandum in further support of their renewed Motion to as January 11, 2021. Dkt. No. 43. On December 29, 2020, the Court granted this requested relief.

5. Defendants now request, with Plaintiff's consent, to further briefly extent this deadline by four days, through and including January 15, 2021. The brief extension is necessitated by certain unanticipated events that occurred this week, which have interfered with defense counsel's ability to timely circulate a draft to the agency counsel and Department of Justice reviewer whose input on the reply brief is required prior to filing.

6. The parties respectfully submit that the stipulated relief is supported by good

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

cause and in the interest of judicial economy, in that it will not prolong the resolution of this matter, but will afford Defendants adequate time in which to prepare a fulsome Reply.

DATED this 7th day of January, 2021.

                                   Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

TONY COPPOLINO
Deputy Branch Director

BRIGHAM J. BOWEN
Assistant Branch Director

    /s/ Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Official Capacity Defendants*

**/s/ Charles D. Swift**
**/s/ Christina A. Jump**
Charles D. Swift
Counsel for Plaintiff
WA State Bar No. 41671
Christina A. Jump
Pro Hac Vice Counsel for Plaintiff
TX State Bar No. 00795828
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

| | |
|---|---|
| 1 | Fax: (972) 692-7454 |
| 2 | cswift@clcma.org |
| | cjump@clcma.org |
| 3 | |
| 4 | ***/s/ Alisa R. Brodkowitz*** |
| | Alisa R. Brodkowitz |
| 5 | Local Counsel for Plaintiff |
| | WA State Bar No. 31749 |
| 6 | Friedman | Rubin PLLP |
| 7 | 1109 1st Ave., Ste. 501 |
| | Seattle, WA 98101 |
| 8 | Tel: (206) 501-4446 |
| | Fax: (206) 623-0794 |
| 9 | alisa@friedmanrubin.com |
| 10 | |
| | *Counsel for the Plaintiff* |
STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395

**ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that Defendants shall file their Reply memorandum in further support of their renewed Motion to Dismiss, Dkt. No. 40, on or before January 15, 2021.

Dated this 8th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
DEFENDANTS' REPLY DEADLINE - 4

2:19-cv-02036-RSM

U.S Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-2395